UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

VERNON YANCY ROBINSON,

            Debtor.
_____/

Case No. 10-74639

Chapter 7

Judge Thomas J. Tucker

MICHIGAN FIRST CREDIT UNION,

            Plaintiff,

v.

VERNON YANCY ROBINSON,

            Defendant.
_____/

Adv. No. 11-4952

**ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF MICHIGAN FIRST CREDIT UNION'S EX PARTE MOTION TO RENEW CIVIL JUDGMENT**

This adversary proceeding is before the Court on the motion by Plaintiff Michigan First Credit Union, entitled "Ex Parte Motion . . . to Renew Civil Judgment," filed on June 16, 2022 (Docket # 10, the "Motion"). The Motion seeks an order renewing "[a] money judgment [that] was entered in this [adversary proceeding] on April 25, 2011 in the amount of $29,557.09." (Mot. at ¶ 2).

The Plaintiff's attorney did not submit a separate proposed order granting the Motion. Rather, the proposed order submitted by the Plaintiff's attorney, on August 29, 2022, was part of the same form on which the Motion was filed ("Ex Parte Motion and Order to Renew Civil Judgment").

On August 29, 2022, and again on October 27, 2022, the undersigned judge had his

Courtroom Deputy send the following message to Plaintiff's attorney:

> Judge Tucker reviewed this proposed order and related [M]otion and has the following message for you:
> _____
> Message:
>
> There are two problems with this proposed order. First, you need to submit a proposed order that is separate from the request for renewal of the judgment, rather than in this form. So please do that. Second, you need to file a supplement to your [M]otion, explaining why you think the Court may validly renew the judgment at this time. The judgment in this case was entered on April 25, 2011, and your [M]otion to renew the judgment was not filed within 10 years of that date. It was filed on June 16, 2022, more than 11 years after entry of the judgment. Thanks.
>
> end of message
> _____

To date, the Plaintiff's attorney has taken no action, and has not responded in any way to the messages sent to him. No separate proposed order has been submitted, and no supplement to the Motion has been filed. The Court will deny the Motion, without prejudice, for lack of prosecution.

Accordingly,

IT IS ORDERED that the Motion (Docket # 10) is denied, without prejudice.

**Signed on January 5, 2023**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**